UNION TRUST COMPANY, APPELLEE, v. OSCAR N. DAVIS, APPELLANT.

FILED APRIL 2, 1902. No. 11,581.

1. Appraisement: EVIDENCE. Evidence examined, and *held* to sustain the trial court in refusing to set aside the appraisement as being too low.

2. Foreclosure: SALE: DEPUTY SHERIFF. Where a decree of foreclosure directs a sale of real estate by a sheriff, such sale is valid if made by the deputy sheriff.

APPEAL from the district court for Custer county. Heard below before SULLIVAN, J. *Affirmed.*

*J. R. Dean,* for appellant.

*Talbot & Allen* and *Alpha Morgan,* contra.

PER CURIAM.

This is an appeal from an order of confirmation. Two questions are discussed in appellant's brief. The land was appraised at $2,800, and it is contended that this valuation was too low. One witness on behalf of the landowner testified that the property was fairly worth $3,200, but this testimony was not sufficient to overthrow the appraisement. There is no merit in the first objection; and the second, which is that the deputy sheriff had no authority to make the appraisement and sale, is equally groundless.

The order is

AFFIRMED.